IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LAMAR HATCHER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-808-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner has filed a motion for voluntary dismissal of this 28 U.S.C. § 2255 action. Dismissal without prejudice under Rule 41(a)(2) is committed to the sound discretion of the district court and should typically be granted absent clear legal prejudice to a respondent. *See McCants v. Ford Motor Co.*, 781 F.2d 855, 856–57 (11th Cir. 1986). The court has reviewed the record and determined that clear legal prejudice will not result. Accordingly, it is ORDERED that Petitioner's motion (Doc. # 11) is GRANTED and this action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 15th day of April, 2022.

                                                /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE